NOT FOR PUBLICATION (Doc. No. 10)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, et. al., | |
| Plaintiff(s), | Civil. No. 15-8359 (RBK/KMW) |
| v. | **ORDER and JUDGMENT** |
| BRYANT CAULKING AND WATERPROOFING, INC. and FLEMING WATERPROOFING, LLC | |
| Defendant(s). | |

**Kugler,** United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs Trustees of the New Jersey B.A.C. Health Fund, Trustees of the New Jersey B.A.C. Annuity Fund, Trustees of the B.A.C. Local 4 Pension Fund, Trustees of the B.A.C. Local 5 of New Jersey Pension Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, Trustees of the Bricklayers & Towel Trades International Pension Fund, Trustees of the International Masonry Institute, and Richard Tolson as Administrator of the B.A.C. Administrative District Council of New Jersey's Motion for Default Judgment (Doc. No. 10), and the Court having considered Plaintiffs' unopposed moving papers and the affidavits and exhibits appended thereto, and for the reasons expressed in the Opinion issued on this date;

2

**IT IS HEREBY ORDERED** that Plaintiffs' motion for entry of default judgment against Defendant Bryant Caulking and Waterproofing, Inc. is **DENIED IN PART** regarding attorneys' fees and otherwise **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' motion for entry of default judgment against Defendant Fleming Waterproofing, LLC is **DENIED IN PART** regarding attorneys' fees and otherwise **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk enter judgment against Bryant Caulking and Waterproofing, Inc. and Fleming Waterproofing, LLC in the amount of **$307,089.79**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' counsel shall respond to the Court's letter filed on this date regarding attorneys' fees by March 15, 2017.

Dated:   03/01/2017

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge